Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANFIELD and REGAN SMITH, in their individual capacities<br><br>Plaintiff,<br><br>v.<br><br>AXIOM DEBT LLC, a California limited liability company,<br><br>Defendants. | Case No.: 19CV2015-MMA (JLB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    Now Come Plaintiffs DANIEL CANFIELD and REGAN SMITH, ("Plaintiffs") in their individual capacities, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice that Plaintiffs voluntarily dismiss this action, without prejudice, with each side bearing its own costs and attorney's fees. If no notice is given to the Court, the dismissal shall convert to a dismissal with prejudice on June 15, 2020.

Dated: January 24, 2020

1

Respectfully submitted,

By: /s/ Mark L. Javitch           .
Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiffs*
REGAN SMITH and DANIEL CANFIELD